IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                            NO. 4:07CR00248 JLH

STEPHEN WILLIAMS                                                     DEFENDANT

## ORDER

Stephen R. Williams, Jr., has filed a motion for reduction of his sentence based on retroactive guideline amendments effective November 1, 2007, regarding cocaine base or crack cocaine. Williams was sentenced on December 11, 2008, which was after the amendments had gone into effect. To the extent that the guidelines for sentences pertaining to crack cocaine offenses were applicable to Williams's sentence, Williams received the benefit of the reductions in the guideline ranges for crack cocaine offenses. There have been no reductions in the guideline ranges for crack cocaine offenses after Williams was sentenced. For these reasons, the motion is DENIED.

IT IS SO ORDERED this 21st day of October, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE