FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2013

JAMES W. McCORMACK, CLERK
By: /s/ C.M.
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                         NO. 4:07CR00248-01 JLH

STEPHEN WILLIAMS                                                   DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, May 23, 2013, for a scheduled hearing on the government's superseding motion to revoke supervised release. Document #78. Assistant United States Attorney Patricia Sievers Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa G. Peters. United States Probation Officer Tiffani Dabney was also present.

At the onset of the hearing, the defendant admitted the allegations pertaining to unlawful possession of a controlled substance and failure to maintain employment. He denied the remaining allegations. Following witness testimony and argument from counsel, the Court determined that the April 1, 2013, violation of law allegation had been proven. The government conceded that the April 23 and 24, 2013, violation of law allegations had not been proven. The government offered no proof as to the remaining allegations in the superseding motion. Therefore, the superseding motion to revoke is granted. Document #78.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the United States Marshals Service/Federal Bureau of Prisons for a term of **THREE (3) DAYS (from 6:00 p.m. on FRIDAY, JUNE 28, 2013, until 7:00 a.m. on Monday, July 1, 2013).** The defendant is allowed to remain on his current conditions of release and self-report to the designated facility at the direction of the United States Marshals Service. **Supervised release is reimposed and will expire April 26, 2017.**

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 23rd day of May, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE