IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:07CR00248-01 JLH

STEPHEN WILLIAMS     DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Tuesday, September 15, 2015, for a scheduled hearing on the government's motion to revoke supervised release. Document #83. Assistant United States Attorney Hunter Bridges was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Chris Tarver, standing in for Assistant Federal Public Defender Lisa Peters.

At the onset of the hearing, the defendant admitted the allegations in the motion to revoke. Following statements from the defendant and counsel, the Court determined that the defendant's supervised release should be revoked.

IT IS THEREFORE ORDERED that the motion to revoke supervised release is GRANTED. Document #83. The defendant is sentenced to TIME SERVED and ordered released from the custody of the United States Marshals Service on this charge. Supervised release is reimposed and will expire April 26, 2017. The Court determined that the defendant's current conditions of supervised release should be modified.

IT IS FURTHER ORDERED that the defendant's conditions be modified to include placement in the Freedom House in Russellville, Arkansas. The probation office confirmed that bed space will be available at 9:00 a.m., on Wednesday, September 16, 2015. The defendant will be responsible for transportation to the Freedom House, and must participate in and complete substance abuse treatment for a duration as directed by the United States Probation Office.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 15th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE